

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 2794.57
 CHECK # 14803 FOR $ 2794.57
 Representing unclaimed funds.

DATED: 11-19-2009

                                    S/ ALBERT J. MOGAVERO
                                    ─────────────────────────
                                    ALBERT J. MOGAVERO
                                    TRUSTEE



| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 832661 | FALKOWSKI | 0414830 | 241.93 | Chapter 7 Trustee:0414830 | c\o Trustee —MARK SCHLANT | | Unknown | NY | 14202 |
| 832662 | GASKIN | 0593531 | 19.98 | Chapter 7 Trustee:0593531 | c\o Trustee — JOHN RING | | Unknown | NY | 14202 |
| 832663 | DERAMO | 0600252 | 5.01 | Chapter 7 Trustee:0600252 | c\o Trustee — MARK WALLACH | | Unknown | NY | 14202 |
| 832665 | SCHUPP | 0700647 | 5.01 | Chapter 7 Trustee:0700647 | c\o Trustee — DOREY | | Unknown | NY | 14202 |
| 832668 | COSAN | 0810496 | 11.10 | Chapter 7 Trustee:0810496 | c\o Trustee — MARK WALLACH | | Unknown | NY | 14202 |
| 832669 | BUFFUM | 0810502 | 5.00 | Chapter 7 Trustee:0810502 | c\o Trustee — MORRIS HORWITZ | | Unknown | NY | 14202 |
| 832670 | LECCEARDONE | 0811560 | 5.01 | Chapter 7 Trustee:0811560 | c\o Trustee — THOMAS DOREY | | Unknown | NY | 14202 |
| 832674 | SMITH | 0813105 | 5.00 | Chapter 7 Trustee:0813105 | c\o Trustee — THOMAS GAFFNEY | | Unknown | NY | 14202 |
| 832675 | COSTELLO | 0813427 | 5.02 | Chapter 7 Trustee:0813427 | c\o Trustee — THOMAS DOREY | | Unknown | NY | 14202 |
| 832678 | MAGEE | 0814786 | 5.00 | Chapter 7 Trustee:0814786 | c\o Trustee — THOMAS GAFFNEY | | Unknown | NY | 14202 |
| 832679 | MEABON | 0814924 | 5.00 | Chapter 7 Trustee:0814924 | c\o Trustee — THOMAS GAFFNEY | | Unknown | NY | 14202 |
| 832881 | PHANCO | 0815452 | 327.07 | DEUTSCHE BANK, AS TRUSTEE | C/O AMERICAN HOME MORTGAGE | PO BOX 631730 | IRVING | TX | 750631730 |
| 834492 | KRZYSTEK | 0418684 | 129.80 | NCI PORTFOLIO SERVICES | % WELTMAN, WEINBERG & REIS | 323 WEST LAKESIDE AVE., 2N | CLEVELAND | OH | 44113 |
| 835539 | LIS | 0317167 | 1,068.51 | SAGE FINANCIAL, LTD | % UPTON, COHEN ET AL | 199 CROSSWAYS PARK DR. | WOODBURY | NY | 117972016 |
| 836433 | ABBOTT | 0812719 | 39.66 | WELLS FARGO FINANCIAL NEW Y | 4137 121ST STREET | | URBANDALE | IA | 50323 |
| 837082 | TISDALE | 0319475 | 0.01 | ASPEN DENTAL | STRONG REC. INC. | PO BOX 456 | BRIDGEPORT | NY | 13030 |
| 839094 | BETTS | 0603947 | 5.02 | Chapter 7 Trustee: 0603947 | c\o Trustee | | Unknown | NY | 14202 |
| 839095 | DUSEN, JR. | 0419437 | 8.03 | Chapter 7 Trustee:0419437 | c\o Trustee | | Unknown | NY | 14202 |
| 839097 | RADZIKOWSKI | 0515979 | 5.00 | Chapter 7 Trustee:0515979 | c\o Trustee | | Unknown | NY | 14202 |
| 839098 | HARTMAN | 0600458 | 5.01 | Chapter 7 Trustee:0600458 | c\o Trustee | | Unknown | NY | 14202 |
| 840753 | KRZYSTEK | 0418684 | 2.23 | NCI PORTFOLIO SERVICES | % WELTMAN, WEINBERG & REIS | 323 WEST LAKESIDE AVE., 2N | CLEVELAND | OH | 44113 |
| 840809 | PARTIN | 0601733 | 16.82 | NIAGARA MOHAWK/NATIONAL GR | 300 ERIE BLVD. WEST | BANKRUPTCY TEAM C-3 | SYRACUSE | NY | 13202 |
| 840812 | BARGE | 0603259 | 107.36 | NIAGARA MOHAWK/NATIONAL GR | 300 ERIE BLVD. WEST | BANKRUPTCY TEAM C-3 | SYRACUSE | NY | 13202 |
| | | | | | | BANKRUPTCY TEAM C-3 | SYRACUSE | NY | 13202 |
| 840814 | BARGE | 0603259 | 191.06 | NIAGARA MOHAWK/NATIONAL GR | 300 ERIE BLVD. WEST | BANKRUPTCY TEAM C-3 | SYRACUSE | NY | 13202 |
| 840815 | BARGE | 0603259 | 575.93 | NIAGARA MOHAWK/NATIONAL GR | 300 ERIE BLVD. WEST | BANKRUPTCY TEAM C-3 | SYRACUSE | NY | 13202 |