UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

CELES TISDALE  B-03-19475-K

Debtor

  IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Advanced Imaging Assoc. of Alabama, P.O. Box 11407, Birmingham, AL 35246-0267

  AND IT

  FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

  Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $6.71 representing unclaimed funds belonging to the above-named creditor.

Dated: March 18, 2010

          ALBERT J. MOGAVERO
          CHAPTER 13 TRUSTEE



FILED MAR 30 2010 BANKRUPTCY COURT BUFFALO, N.Y.